IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK F. SPANGLER,<br><br>   Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Respondent. | Case No. C16-1923RSM<br><br>MINUTE ORDER |

  The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

  On January 24, 2017, the United States moved this Court for a two-month continuance to file an answer to Mr. Spangler's 28 U.S.C. § 2255 Petition. Dkt. #5. Petitioner Mark F. Spangler filed his Section 2255 motion on December 16, 2016. Dkt. #1. On January 13, 2017, the Court directed the United States to file an answer to Petitioner's motion within forty-five (45) days after the filing of Mr. Spangler's motion. Dkt. #4 at 1.

  In support of its motion, the United States explains that additional time is needed to address the broad allegations raised by Mr. Spangler. Dkt. #5 at 1-2. The United States also explains that additional time is needed to respond to Mr. Spangler given its counsel's heavy caseload. *Id*. at 2. The Court does not require a response to the United States' Motion for Extension of Time from Mr. Spangler.

MINUTE ORDER– 1

Having considered the United States' motion, the Court finds good cause to GRANT a two-month extension of the United States' deadline to file an answer to Mr. Spangler's Section 2255 motion. Accordingly, the United States is ordered to file an answer to Mr. Spangler's motion by March 31, 2017.

The Clerk shall send a copy of this Order to Petitioner and all counsel of record.

DATED this 25 day of January, 2017.

                                                   WILLIAM McCOOL, Clerk

                                                   By:    /s/ Rhonda Stiles
                                                                Deputy Clerk

MINUTE ORDER– 2